**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HENRY BETHUNE, # 500130,

    Plaintiff,

v.

MARY BERGHUIS, et al.,

    Defendants.

_____/

Case No. 08-14412

Hon. Marianne O. Battani

Magistrate Judge R. Steven Whalen

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, Henry Bethune, an inmate housed at the Earnest C. Brooks Correctional Facility, filed a complaint alleging various employees of the Michigan Department of Corrections violated his Eighth Amendment Rights. The Court subsequently referred this matter to Magistrate Judge R. Steven Whalen for all pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).

    In a Report and Recommendation ("R&R"), dated August 14, 2009, Magistrate Judge Whalen recommended that Defendants Mary Berghuis, Patricia Caruso, Rick Smith, Brian Evans, Jay Cregg, Michael Wilkinson, Renee VanHouten, and Judy Gracik's Motion for Summary Judgment be granted. The Magistrate Judge informed the parties that objections to the R&R must be filed within ten days of service and that a party's failure to file objections would waive any further right of appeal. See R&R at 16; 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2).

Because no objection has been filed in this case, the parties waived their right to review and appeal. Accordingly, the Court **ADOPTS** the Report and Recommendation and **GRANTS** Defendants' request for summary judgment.

**IT IS SO ORDERED.**

    s/Marianne O. Battani
    MARIANNE O. BATTANI
    UNITED STATES DISTRICT JUDGE

DATED: September 9, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served upon Plaintiff and counsel of record on this date by ordinary mail and electronic filing.

    s/Bernadette M. Thebolt
    Deputy Clerk